<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 00-6934**

---

NICHOLAS WARNER JONES, a/k/a Charles Jones,

Plaintiff - Appellant,

versus

PATRICK CONROY, Warden; THOMAS P. CORCORAN,
Former Warden; CHARLES H. SMITH, Assistant
Warden; SAMUEL HAWKINS, Security Chief; LEHR-
MAN DOTSON, Assistant Warden; MAURICE VICE,
C.O.I.; DAVID BARRELL; COREY BROWN; DARNELL
DUNSTON, Each above defendant is sued in their
official and individual capacity,

Defendants - Appellees.

---

**No. 00-7182**

---

NICHOLAS WARNER JONES, a/k/a Charles Jones,

Plaintiff - Appellant,

versus

PATRICK CONROY, Warden; JOHN JOSEPH CURRAN,
JR.; WILLIAM W. SONDERVAN; ANGELO LEE, Lieu-
tenant; LARRY TROY, Captain; SHARON MARTIN,
Officer; A. SMITH, Officer,

Defendants - Appellees.

Appeals from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-1728-L, CA-00-645-L)

Submitted: October 12, 2000                    Decided: October 20, 2000

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nicholas Warner Jones, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Conroy, No. CA-00-1728-L (D. Md. June 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3